**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**(Ft. Lauderdale)**

Civil Action No. 0:21-cv-60398-AHS

MATTHEW SHORE AND CASEY SHORE,


Plaintiffs,

v.

AIG PROPERTY CASUALTY COMPANY,
a Corporation,

Defendant.


**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES AND**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiffs, Matthew Shore and Casey Shore, by and through undersigned counsel,

pursuant to Rule 7.1, Federal Rules of Civil Procedure, hereby submit their Certificate of

Interested Parties and Corporate Disclosure Statement as follows:

**I.     INTERESTED PERSONS**

The name of each person, attorney, association of persons, firm, law firm, partnership,

and corporation that has or may  have an interest in a party to this action or in the outcome of this

action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded

companies that own 10% or more of a party's stock, and all other identifiable legal entities

related to a party:

1. Matthew Shore (Plaintiff)

2. Casey Shore (Plaintiff)

3. AIG Property Casualty Company (Defendant)

II.     CORPORATE DISCLOSURE STATEMENT

Plaintiffs are individuals and, as such, have no subsidiaries, conglomerates, affiliates, or parent corporations.

Dated this 22nd day of February, 2021                    Respectfully submitted,

                                                         s/Christopher Mammel
                                                         Christopher Mammel, Esq.
                                                         Merlin Law Group, P.A.
                                                         222 Lakeview Ave., Suite 1250
                                                         West Palm Beach, FL 33401
                                                         Tel: (720) 665-9680
                                                         Fax: (720) 665-9681
                                                         Email: cmammel@merlinlawgroup.com

                                                         Attorney for Plaintiffs Matthew Shore and
                                                         Casey Shore

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on February 22, 2021, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE OF CHRISTOPHER MAMMEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- Crystalin Medeiros
  eservice@thetmlaw.com

- Steven Teebagy
  eservice@thetmlaw.com

                                                         s/Tamara Chen-See